Max Itscovich, appellee, v. Consolidated Cloak and Suit Company, appellant. Gen. No. 24,289.

Action to recover for breach of contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate

Court at the March term, 1918. Affirmed. Opinion filed April 30, 1919.

Grossberg & Haffenberg, for appellant. Peter Postelnek, for appellee.

Mr. Justice Thomson delivered the opinion of the court.